UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL : <br> 3624 Matlock Place : <br> Waldorf, Maryland 20602 : <br>                                    : <br>          Plaintiff,            : <br>                                    : <br>                                    : <br>     v.                           : <br>                                    : <br> UNITED STATES OF AMERICA : <br> United States Attorney       : <br> For the District of Columbia : <br> 555 Fourth Street, N.W.      : <br> Washington, D.C. 20001       : <br>                                    : <br>          and                     : <br>                                    : <br> Attorney General of the United States : <br> 10th Street and Constitution Avenue, N.W. : <br> Washington, D.C. 20530       : <br>                                    : <br>          and                     : <br>                                    : <br> DIRK KEMPTHORNE             : <br> SECRETARY OF INTERIOR       : <br> 1849 C Streets, N.W.         : <br> Washington, D.C.    20240    : <br>                                    : <br>          Defendants.           : | Civil Action:._____ |

**PLAINTIFF'S COMPLAINT FOR DAMAGES**
**AND EQUITABLE RELIEF**

COMES NOW Plaintiff, Joyce B. Bredell, by and through undersigned counsel, and files this complaint for damages against Defendants, for alleged violations of Title VII of the Civil Rights Act of 1964 as amended.

1

**JURISDICTION AND VENUE**

1. Jurisdiction of the Court is invoked pursuant to 42 U.S.C. § 2000(e) et seq., the Civil Rights Act of 1964, as amended and 28 U.S.C. §§ 1331, 1337, and 1343. Venue is proper as the employment practices at issue were committed within the jurisdiction of the District of Columbia.

2. Plaintiff, Joyce B. Bredell, ("Bredell"), brings this action for discrimination: to wit; discrimination based on race (African American), as it relates to incidents during her employment based on race. Ms. Lee is also setting forth a sexual harassment, disability and reprisal cause of action based on incidents that occurred during her employment at the Department of Interior.

**PARTIES**

3. At all relevant times to this action, Plaintiff Joyce Bredell was employed by the Department of Interior. Plaintiff timely filed a complaint with the Equal Employment Opportunity Commission alleging discrimination based on race, disability and reprisal. The Department has received a right to sue letter from the EEOC.

4. Defendant, Dirk Kempthorne and the Department of Interior is a defendant in this action because he controls and operates the affairs of the Department.

**FACTS COMMON TO ALL COUNTS**

5. Plaintiff started working for the Department of Interior, Bureau of Indian Affairs (BIA) on or around October 10, 2000 as a Secretary.

6. On or around August 20, 2004, Plaintiff was removed from a previously approved Alternative Work Schedule (AWS).

7.On September 29, 2004, Plaintiff became aware that her selection for the position of Program Support Assistant (OA), GS-308-8, had been rescinded.

8.The promotion had been rescinded the day after Plaintiff had a meeting with her supervisor to discuss her selection, which was in a different office.

## COUNT I
## DISCRIMINATION BASED ON RACE TITLE VII

9.Plaintiff repeats and re-alleges the allegations of paragraphs 1 through 8, inclusive, and incorporates the same by reference as though set forth fully herein.

10.Defendants, and each of them, through its agent or supervisor, engaged in a pattern and practice of unlawful discrimination on the basis of race or national origin by willfully subjecting the Plaintiff to various forms of harassment in an act of retaliation.

11.Defendant, and its agents at all times relevant hereto had actual and constructive knowledge of the conduct described in paragraphs 1-8.

12.Defendants failed to take all reasonable steps to prevent the discrimination based on race from occurring and in addition were unable to articulate a legitimate non-discriminatory reason for Plaintiff's termination.

13.Defendants violated Title VII by failing to adequately supervise, control, or discipline and/or otherwise penalize the conduct, acts and failures to act of defendants as described in paragraphs 1 through 60.

14.As a direct and proximate result of defendant's actions, plaintiff has suffered and will continue to suffer pain and suffering, and extreme and severe mental anguish and emotional distress; she has suffered and will continue to suffer a loss of

3

earnings and other employment benefits and job opportunities. Plaintiff is thereby entitled to general and compensatory damages in amounts to be proven at trial.

15. Plaintiff is informed and believes, based thereon alleges, that the outrageous conduct of defendants described above was malicious and oppressive, and done with a conscious disregard of plaintiff's rights, and with the intent to injure plaintiff. Plaintiff is entitled to punitive damages from defendants.

## COUNT II
## DISCRIMINATION BASED ON DISABILITY AND RETALIATION

16. Plaintiff repeats and re-alleges the allegations contained in paragraphs 1 through 15 as fully set forth herein and further allege:

17. Defendant and each of them, including the Department of Interior, through its agent or supervisor, engaged in a pattern and practice of unlawful discrimination on the basis of disability by willfully denying Plaintiff a reasonable accommodation in her position as a Secretary.

18. Defendant's action constituted a failure to accommodate Plaintiff's disability as required by the Americans with Disability Act insofar as Ms. Bredell is able to perform all of the essential functions of her job with a reasonable accommodation.

19. Defendant at all times relevant hereto had actual and constructive knowledge of the conduct described yet failed to take all reasonable steps to prevent sexual harassment from occurring, and to protect Plaintiff from sexual harassment and retaliation.

## COUNT III
## SEXUAL HARASSMENT AND FAILURE TO PREVENT SEXUAL HARASSMENT

20. Plaintiff repeats and realleges the allegations of paragraphs 1 through 19, inclusive, and incorporates the same by reference as though set forth fully herein.

21. Defendant and each of them, including its agent or supervisor, engaged in a pattern and practice of unlawful sexual harassment by subjecting Plaintiff to unwelcome sexual harassment, including but limited to sexual advances and physical sexual harassment in violation of Federal and State law.

22. The above described unwelcome sexual harassment created an intimidating; oppressive, hostile and offensive work environment which interfered with Plaintiff's emotional well being and her ability to perform her work.

23. Defendant at all times relevant hereto had actual and constructive knowledge of the conduct described yet failed to take all reasonable steps to prevent sexual harassment from occurring, and to protect Plaintiff from sexual harassment and retaliation.

24. Defendant violated Title VII by failing to take all reasonable steps necessary to prevent discrimination and harassment from occurring.

25. As a direct and proximate result of defendant's failure to act, Plaintiff has suffered and will continue to suffer emotional distress, consisting of outrage, shock and humiliation, reasonably occurring and likely to occur based on Defendant's failure to take all reasonable steps necessary to prevent discrimination and harassment from occurring, and he has suffered and will continue to suffer a loss of earnings and other employment benefits and job opportunities.

**WHEREFORE**, Plaintiff respectfully prays this Court:

(a) To award compensatory damages in excess of three hundred fifty thousand dollars ($250,000);

(b) To award punitive damages against Defendant in an amount in excess of six hundred thousand dollars ($500,000);

(c) To award reasonable attorney fees and costs of this action; and

(d) To award such other further relief as this Court deems just and proper.

## JURY DEMAND

Plaintiff requests a jury trial on all issues.

        Respectfully submitted,

_____
Reuben B. Collins, II. Bar # 459751
Collins & Talley, LLC
P.O. Box 1857
La Plata, Maryland 20646
(301) 934-4366
(301) 934-1668 facsimile
**FOR PLAINTIFF**

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Joyce Bredell
3639 Yorktown Drive
Waldorf, Maryland 20601

## DEFENDANTS

United States of America, et al.
For the District of Columbia
555 Fourth Street, NW
Washington, DC 20001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __Charles__
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY) __Washington DC__
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Reuben B. Collins, II., Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

CASE NUMBER   1:06CV01857

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/31/2006

**JURY ACTION**

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
○ 3 Federal Question (U.S. Government Not a Party)
⦿ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP FOR PLAINTIFF

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⦿ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ⦿ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(3)

| ⊙ G. *Habeas Corpus/ 2255*                                              | ⊙ H. *Employment Discrimination*                                                                                                                                                                                   | ⊙ I. *FOIA/PRIVACY ACT*                                                                                        | ⊙ J. *Student Loan*                                                            |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| ⊙ K. *Labor/ERISA (non-employment)*                                                                                                                                                                          | ⊗ L. *Other Civil Rights (non-employment)*                                                                                                                                    | ⊙ M. *Contract*                                                                                                                                                                                                                                                                                                                       | ⊙ N. *Three-Judge Court*                       |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>   Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>   Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☒ 445 American w/Disabilities-<br>   Employment<br>☐ 446 Americans w/Disabilities-<br>   Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>   Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>   Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>   (if Voting Rights Act) |

**V. ORIGIN**
⊙ 1 Original Proceeding  ⊙ 2 Removed from State Court  ⊙ 3 Remanded from Appellate Court  ⊙ 4 Reinstated or Reopened  ⊙ 5 Transferred from another district (specify)  ⊙ 6 Multi district Litigation  ⊙ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Title VII based on disability

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ 750,000.00    Check YES only if demanded in complaint    JURY DEMAND: YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE 10/31/06    SIGNATURE OF ATTORNEY OF RECORD _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

   I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

   III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

   IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

   VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

   VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.