IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| JOYCE BREDELL | : | |
| | : | |
| V. | : | |
| | : | Case Number: 1:06CV01857 |
| UNITED STATES, ET AL | : | Judge: Royce C. Lamberth |
| | : | Deck Type: Civil Rights |
| | : |    (non-employment) |

## AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Joseph Tinsley, having been duly authorized to make service of the Summons and Complaint in the above-entitled case, hereby depose and say:

That at 03:14 pm on the 25th day of January, 2007, I served a representative for the United States of America Attorney for the District of Columbia personally, LaKesha Carroll, a copy of the Summons and Complaint at 555 4th Street, NW, Washington, DC..

That at 01:53 pm on the 25th day of January, 2007, I served a representative for the Department of Interior personally, James Weiner, a copy of the Summons and Complaint at 1849 C Street, NW, Washington, DC..

That at 02:54 pm on the 25th day of January, 2007, I served a representative for the Attorney General of the United States above named defendant personally, Raymond McDowell, a copy of the Summons and Complaint at 10th Street & Constitution Avenue, NW, Washington, DC..

                                                                                                 _____/S/_____
                                                                                                JOSEPH TINSLEY

Subscribed and sworn to before me this _____ day of _____2007.


_____
Notary Public

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Affidavit of Service was mailed, postage pre-paid on the ___ day of January, 2007 to the following:

Attorney General of the United States
10th Street and Constitution Ave., NW
Washington, DC  20530

United States of America, et al.
United States Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, DC  20001

Dick Kempthorne, Secretary
Department of the Interior
1849 C Streets, NW
Washington, DC  20240


_____/s/_____
Reuben Collins

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOYCE BREDELL
3639 Yorktown Drive
Waldorf, Maryland 20601

V. *USA, ET AL*

DICK KEMPTHORNE, Secretary
Department of the Interior
1849 C Streets, NW
Washington DC 20240

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01857

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/31/2006

TO: (Name and address of Defendant)

Dick Kempthorne, Secretary
Department of the Interior
1849 C Streets, NW
Washington, DC 20240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, II, Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT 31 2006
CLERK                              DATE

(By) DEPUTY CLERK

1:06CV01857

**RETURN OF SERVICE**

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-25-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joseph Tinsley | Private Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 1849 C Street N.W., D.C. 20240

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served on: James Weiner, office of the solicitor  1:53pm

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | $85.00 | $85.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1-25-07
                  Date

Signature of Server: /s/ Joseph Tinsley

Address of Server: P.O. Box 2038 Waldorf, MD 20604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

JOYCE BREDELL
3639 Yorktown Drive
Waldorf, Maryland 20601

**SUMMONS IN A CIVIL CASE**

V.

UNITED STATES OF AMERICA, et al.
United States Attorney
For the District of Columbia
555 Fourth Street, N.W.
Washington, DC 20001

CASE NUMBER 1:06CV01857

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/31/2006

TO: (Name and address of Defendant)

United States of America
United States Attorney
For the District of Columbia
555 Fourth Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, II. Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

_(signature)_
(By) DEPUTY CLERK

OCT 3 1 2006
DATE

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

1:06CV01857

## RETURN OF SERVICE

Service of the Summons and complaint was made by me[1]   DATE 1-25-07

NAME OF SERVER *(PRINT)* Joseph Tinsley   TITLE Private Process Server

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: 555 4th Street N.W., D.C. 20001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Served on: Lakesha Carroll, Docket Clerk    3:14 pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1-25-07
Date

Signature of Server: *Joseph Tinsley*

Address of Server: P.O. Box 2038 Waldorf, MD 20604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

JOYCE BREDELL
3639 Yorktown Drive
Waldorf, Maryland 20601

**SUMMONS IN A CIVIL CASE**

V.

USA, ET AL

Attorney General of the United States
10th Street and Constitution Ave., NW
Washington, DC 20530

CASE NUMBER  1:06CV01857

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employment)

DATE STAMP: 10/31/2006

TO: (Name and address of Defendant)

Attorney General of the United States
10th Street and Constitution Ave., NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Reuben B. Collins, II, Esquire
Collins & Talley, LLC
P. O. Box 1857
La Plata, MD 20646
(301) 934-4366

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

CLERK

OCT 3 1 2006

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

1:06CV01857

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-25-07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Joseph Tinsley | Private Process Server |

Check one box below to indicate appropriate method of service

- ☐ Served personally upon the defendant. Place where served: 10th Street & Constitution Avenue N.W., D.C. 20530

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): Served on: Raymond McDowell, Mail clerk   2:54pm

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 55.00 | 55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-25-07
             Date

Signature of Server: Joseph Tinsley

Address of Server: P.O. Box 2038 Waldorf, MD 20604

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.