UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-1857 (RCL) |
| | ) |
| DIRK KEMPTHORNE, SECRETARY | ) |
| U.S. DEPARTMENT OF THE INTERIOR, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF APPEARANCE**

Defendant, Dirk Kempthorne, Secretary, U.S. Department of the Interior, respectfully requests that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of February, 2007, I caused the foregoing Notice of Appearance to be served by ECF on Plaintiff's Counsel, Reuben B. Collins, II, Collins & Talley, LLC, P.O. Box 1857, La Plata, Maryland 20646.

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney