**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOYCE B. BREDELL,** | : |
|  | : |
| **Plaintiff** | : |
| **v.** | : Civil Action No. 06-1857 (RCL) |
|  | : |
| **DIRK KEMPTHORNE, Secretary** | : |
|  | : |
| **Defendant.** | : |
| _____ | : |

**PLAINTIFF'S CONSENT MOTION FOR AN**
**EXTENSTION OF TIME TO FILE A RESPONSE TO**
**DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE,**
<u>**MOTION FOR A MORE DEFINITE STATEMENT**</u>

COMES NOW, the Plaintiff, Joyce Bredell, by her undersigned counsel, and respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 6 (b), for an extension to file her Response to Defendant's alternative motion.  Plaintiff requested and received the consent of the Defendant to file this motion on March 15, 2007.  As grounds for this Motion, Plaintiff states as follows:

1.      The response deadline is set for March 20, 2007 in this matter.

2.      Plaintiff would like to request an extension until March 30, 2007.

3.      Undersigned counsel is seeking this brief extension due to several immediate administrative responsibilities.

4.      This request will not prejudice either party.

WHEREFORE, for the foregoing reasons, Plaintiff's counsel respectfully request an extension to file his response until March 30, 2007.

Respectfully submitted,


_____/s/_____
Reuben B. Collins, II
COLLINS & TALLEY, LLC
P. O. Box 1857
La Plata, MD  20646
(301)934-4366
Bar No. 459751
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of March 2007, a true and exact copy of the foregoing motion was delivered via electronic filing to the following:

Judith A. Kidwell
Assistant United States Attorney
555 Fourth Street, NW – Room E4905
Washington, DC  20530
Attorney for Defendant


_____/s/_____
Reuben B. Collins, II

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOYCE B. BREDELL,** | **:** |
|  | **:** |
| **Plaintiff** | **:** |
| **v.** | **: Civil Action No. 06-1857 (RCL)** |
|  | **:** |
| **DIRK KEMPTHORNE, Secretary** | **:** |
|  | **:** |
| **Defendant.** | **:** |
| _____ | **:** |

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      Fed. R. Civ. P. 6(b)

2.      The record herein.


                                        _____/s/_____
                                        Reuben B. Collins

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **JOYCE B. BREDELL,** | **:** |
|  | **:** |
| **Plaintiff** | **:** |
| **v.** | **: Civil Action No. 06-1857 (RCL)** |
|  | **:** |
| **DIRK KEMPTHORNE, Secretary** | **:** |
|  | **:** |
| **Defendant.** | **:** |
| _____ | **:** |

## <u>ORDER</u>

UPON CONSIDERATION of the Plaintiff's request for an extension, and the record

herein, it is this day of _____, 2007,

ORDERED: that Appellant's extension motion is hereby GRANTED, and it is,

FURTHER ORDERED_____

_____

_____

HONORABLE JUDGE

Judith A. Kidwell
Assistant United States Attorney
555 Fourth Street, NW – Room E4905
Washington, DC  20530
Attorney for Defendant

Reuben B. Collins, II
P O Box 1857
La Plata, Maryland 20646