UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No.: 06-1857 (RCL) |
| | : |
| DIRK KEMPTHORNE, Secretary, | : |
| United States Department of Interior | : |
| | : |
| Defendants. | : |
| | : |

_____

**PLAINTIFFT JOYCE BREDELL'S OPPOSITION TO
DEFENDANT'S MOTION TO DISMISS**

COMES NOW, the Plaintiff Joyce Bredell, by and through counsel, and respectfully moves this Court, pursuant to FRCP 8(a) and 12(e) to deny Defendants Motion to Dismiss and in the alternative direct Plaintiff, Joyce Bredell and undersigned counsel to amend her complaint within thirty days from the date of granting an order directing the same. As grounds for this motion, Plaintiff states as follows;

1. Plaintiff filed her complaint under Title VII in this matter on or around October 31, 2006.

2. Plaintiff concedes that the complaint as written may not adequately comply with the exact meaning of Rule FRCP 8(a) which requires a more definite statement.

3. Undersigned was hired as counsel for the Plaintiff less than a week before the deadline expired granting Ms. Bredell the right to sue.

4. Plaintiff is requesting pursuant to FRCP 12 that this Honorable Court order the Plaintiff and undersigned counsel to amend Plaintiff's complaint within 30 days of the date that the court rules on Defendant's motion.

WHEREFORE, for the foregoing reasons, Plaintiff Joyce Bredell respectfully requests that this Honorable Court deny Defendant's Motion to Dismiss and in the alternative direct the Plaintiff to amend her complaint to comply with Rule 8 within 30 days.

RESPECTFULLY SUBMITTED,

_____/s/_____
Reuben B. Collins, II
COLLINS & TALLEY, LLC
P.O. Box 1857
La Plata, Maryland 20646
(301) 934-4366

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing motion was delivered, via electronic filing this 30th day of March, 2007 to:

Judith Kidwell
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Room E4905
Washington, DC 20530

\_\_\_\_\_/s/_____
Reuben Collins

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE B. BREDELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| vi. : | Civil Action No.: 06-1857 (RCL) |
| : | |
| DIRK KEMPTHORNE, Secretary, : | |
| United States Department of Interior : | |
| : | |
| Defendants. : | |
| : | |

_____

**MEMORANDUM OF**
**POINTS AND AUTHORITIES**

1. FRCP Rule of Civil Procedure 8(a)

2. FRCP Rule of Civil Procedure 12

3. The record herein.

_____/s/_____
Reuben Collins

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| vii. : | Civil Action No.: 06-1857 (RCL) |
| : | |
| DIRK KEMPTHORNE, Secretary, : | |
| United States Department of Interior : | |
| : | |
| Defendants. : | |
| : | |

_____

## **ORDER**

Upon Consideration of Defendant's motion to dismiss and Plaintiff's response and for good cause having been shown, it is by the Court this ____ day of _____, 2007.

ORDERED, that the Defendant's motion is hereby DENIED;

FURTHER, ordered _____

_____

_____
Honorable Judge


Judith Kidwell
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, NW
Room E4905
Washington, DC 20530


Reuben Collins
P.O. Box 1857
La Plata, Maryland 20646