UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL,<br><br>    Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary,<br><br>    Defendant. | Civil Action No. 1:06-1857 (RCL) |

## ORDER

Upon consideration of the plaintiff's request for an extension, and the record herein, it is hereby

ORDERED that plaintiff's extension motion is GRANTED, *nunc pro tunc*, and it is further

ORDERED that plaintiff's response to defendant's motion to dismiss or for more definite statement may be filed by March 30, 2007.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.