UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOYCE B. BREDELL,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:06-1857 (RCL) |
| ) | |
| **DIRK KEMPTHORNE, Secretary,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of defendant's motion [7] to dismiss or for a more definite statement, and plaintiff's response, and for good cause shown, it is hereby

ORDERED that the defendant's motion [7] is DENIED; and it is further

ORDERED that plaintiff shall file her amended complaint within 30 days of this date.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, April 3, 2007.