UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | Civil Action No. 06-1857 (RCL) |
| : | |
| DIRK KEMPTHORNE, Secretary, : | |
| United States Department of Interior, : | |
| : | |
| Defendant. : | |
| : | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

The Plaintiff Joyce Bredell, through undersigned counsel, respectfully moves this Court, pursuant to Federal Rules of Civil Procedure 12(b)(6) to deny Defendant's demand for dismissal and in the alternative grant the Defendant's request to Transfer this case to the Eastern District due to improper venue. The grounds for the motion are set forth in the accompanying Memorandum of Points and Authorities in support thereof.

Respectfully submitted.

_____/s/_____
Reuben B. Collins, II
COLLINS & TALLEY, LLC
P.O. Box 1857
La Plata, Maryland 20646
(301) 934-4366
Bar No.: 459751

1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BREDELL, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-1857 (RCL) |
| | : |
| DIRK KEMPTHORNE, Secretary, | : |
| United States Department of Interior, | : |
| | : |
| Defendant. | : |
| _____ | : |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. <u>28 U.S.C. § 1406(a)</u> The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.

2. Plaintiff's employment record suggest that she has been working with the Department at either a Herndon or Reston, Virginia location.

3. The record herein.

_____
Reuben B. Collins
Collins & Talley, LLC
P.O. Box 1857
La Plata, Maryland 20646
(301) 934-4366

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JOYCE BREDELL, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-1857 (RCL) |
| DIRK KEMPTHORNE, Secretary, United States Department of Interior, | : |
| Defendant. | : |

_____

**ORDER**

UPON CONSIDERATION of Plaintiff's response to Defendant's Motion to Dismiss, or in the alternative, to transfer venue to the Eastern District of Virginia, any opposition thereto, and the entire record, it is hereby,

ORDERED, that Defendant's Motion is denied;

FURTHER,_____

_____

_____/s/_____
HONORABLE JUDGE

Judith A. Kidwell, Esquire
Assistant United States Attorney
555 Fourth Street, NW-Room E4905
Washington, DC 20530