UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOYCE B. BREDELL, ) ) Plaintiff, ) ) v. ) ) DIRK KEMPTHORNE, Secretary, ) ) Defendant. ) | Civil Action No. 1:06-1857 (RCL) |

### ORDER

Upon consideration of defendant's motion to dismiss, or in the alternative, to transfer venue to the Eastern District of Virginia, any opposition thereto, and the entire record, it is hereby

ORDERED that defendant's motion to transfer is GRANTED. Defendant's motion to dismiss is DENIED. The transferee Court shall set a date for a response to the complaint herein after the complaint is docketed in the transferee district. It is further

ORDERED that this action shall be TRANSFERRED to the Eastern District of Virginia.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 10, 2007.